Robert P. Goe - State Bar No. 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>CROWNCO, INC.,<br><br>Debtor and Debtor-in-Possession. | Case No. 6:24-bk-16205-MH<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION OF GOE FORSYTHE & HODGES LLP FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR CROWNCO, INC.; DECLARATION OF ROBERT P. GOE IN SUPPORT THEREOF**<br><br>**[NO HEARING REQUIRED]** |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Goe Forsythe & Hodges LLP, (the "Firm") counsel for Crownco, Inc. ("Debtor") in the above bankruptcy proceeding will move for an entry of an order authorizing the Firm to withdraw as counsel to Debtor in this bankruptcy proceeding pursuant to Local Bankruptcy 2091-1(a).  This request is made on the grounds that the Firm was only employed in the Chapter 11 case and the Firm's services terminated upon Conversion to Chapter 7 that was ordered by the Court at a March 25, 2025 hearing.

Please take further notice that this motion is based upon these moving papers, the

1

attached memorandum of points and authorities, the Declaration of Robert P. Goe annexed thereto, all pleadings, records and order in this case and such additional arguments and evidence that may be presented to this Court.

**PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(p), THIS MOTION MAY BE DETERMINED WITHOUT A HEARING AFTER NOTICE PROVIDED IN LOCAL BANKRUPTCY RULE 2091-1(a). IF YOU OPPOSE THIS MOTION TO WITHDRAW, YOU MUST FILE AN OPPOSITION TO THIS MOTION WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF SERVICE OF THE NOTICE. ANY DELAY IN FILING AN A TIMELY OPPOSITION MAY BE DEEMED CONSENT TO THE RELIEF REQUESTED IN THE MOTION.**

Dated: March 28, 2025                                    Respectfully submitted by

                                                     **GOE FORSYTHE & HODGES LLP**

                                                     By: /s/Robert P. Goe
                                                           Robert P. Goe
                                                           Attorneys for Debtor and Debtor-in-Possession

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTUAL BACKGROUND

The Debtor filed its Voluntary Petition under Chapter 11 on May 17, 2024, in the Central District of California, Riverside Division. See Declaration of Robert P. Goe Paragraph 1.

The Firm was engaged by the Debtor on January 13, 2024, as Chapter 11 General Counsel. On October 21, 2024, Debtor filed an Application to Employ Goe Forsythe & Hodges LLP as General Bankruptcy Counsel [Docket No. 14] (the "Application"). The Court entered an order approving the Application on December 2, 2024. See Declaration of Robert P. Goe Paragraph 2.

The Debtor filed a Motion to Dismiss Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. §1112(b)(1) ("Dismissal Motion"). The Dismissal Motion was opposed by the Office of the United States Trustee ("OUST") and a conversion of the case to one under Chapter 7 was requested which the Court ordered. See Declaration of Robert P. Goe Paragraph 3.

### II. LEGAL AUTHORITY

**Cause Exists for an Order Granting Leave for the Firm to Withdraw as Counsel of Record**

Local Bankruptcy Rule 2091-1(a)(1) and (c) provides in pertinent part as follows: "Except as provided in LBR 2091-1(b), leave of court pursuant to LBR9013-1(p) is required for: (1) An attorney who has appeared on behalf of an entity in any matter concerning the administration of the case, in one or more proceedings, or both, to withdraw as counsel; . . .

(c) (2) Proceedings. An attorney seeking to withdrawal or substitution who has appeared on behalf of an entity only in one or more proceedings must give notice of the proposed substitution or motion for leave to withdraw to the debtor, each party who has been named or who has appeared in such proceeding(s) and the United States Trustee."

Local Bankruptcy Rule 9013-1(p) states:

"The following motions may be determined without a hearing after notice provided in the corresponding LBR cited. (4) Motion to Withdraw as Counsel [LBR 2091-1(a)]."

This request is made on the grounds that the Firm was only employed in the Chapter 11

3

1. case and the Firm's services will terminate upon Conversion to Chapter 7.
2. At this time, there are no pending matters in this case.
3. Accordingly, cause exists for this Court to enter an order approving the withdrawal of the Firm as Debtor's Counsel.  <u>Pearlmutter v. Alexander</u>, 97 Cal. App.3d supp. 16, 20.
4. The last known contact information for Crownco is:

P.O. Box 890802
Riverside, CA 92589-0802
Email: cm@cmorrison.email
Mobile: (310) 734-9977

## III. CONCLUSION

Based on all the above referenced facts, the Firm respectfully request that the Court enter an order authorizing the Firm to withdraw as counsel of record for the Debtor in this bankruptcy proceeding.

Dated: March 28, 2025

Respectfully submitted,

**GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
     Robert P. Goe
     Attorneys for Debtor, Crownco, Inc.

## DECLARATION OF ROBERT P. GOE

I, Robert P. Goe, declare:

I am a partner in the firm of Goe Forsythe & Hodges LLP, counsel of record for the Debtor in this bankruptcy proceeding. The matters stated hereinafter are within my personal knowledge, and if called upon as a witness, I could and would testify completely thereto.

1. The Debtor filed its Voluntary Petition under Chapter 11 on May 17, 2024, in the Central District of California, Riverside Division.

2. The Firm was engaged by the Debtor on January 13, 2024, as general chapter 11 counsel. On October 21, 2024, Debtor filed an Application to Employ Goe Forsythe & Hodges LLP as General Bankruptcy Counsel [Docket No. 14] (the "Application"). The Court entered an order approving the Application on December 2, 2024.

3. The Debtor filed a Motion to Dismiss Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. §1112(b)(1) ("Dismissal Motion"). The Dismissal Motion was opposed by the Office of the United States Trustee and a conversion of the case to one under Chapter 7 was requested, which the Court granted.

4. As the Firm was only employed as Chapter 11 Counsel, cause exists for this Court to enter an order approving the withdrawal of the Firm.

I declare under penalty of perjury under the laws of the United State of America that all the foregoing is true and correct.

Dated: March 28, 2025                                By: _____
                                                         Robert P. Goe

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan Avenue, Lobby D, Suite 210, Irvine, CA 92614.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION OF GOE FORSYTHE & HODGES LLP FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR CROWNCO; DECLARATION OF ROBERT P. GOE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 28, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on the attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 28, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on the attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 28, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325 / Courtroom 301
Riverside, CA 92501-3819

☐ Service information continued on the attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 28, 2025 | Janine Fountain | /s/ Janine Fountain |
|---|---|---|
| Date | Printed Name | Signature |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Jennifer Witherell Crastz    jcrastz@hrhlaw.com**
- **Abram Feuerstein    abram.s.feuerstein@usdoj.gov**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **Everett L Green    everett.l.green@usdoj.gov**
- **Anne C Manalili    anne.manalili@sba.gov**
- **Cameron C Ridley    wcvbees@gmail.com**
- **Jessica M. Simon    jsimon@hrhlaw.com, mgranzow@hrhlaw.com**
- **Gregory A Thyberg    greg@thyberglaw.com**
- **United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov**
- **Michael A Wallin    mwallin@wallinrussell.com**

**2. SERVED BY UNITED STATES MAIL:**

**Debtor:**
Crownco
P.O. Box 890802
Riverside, CA 92589-0802

See attached list:

```
Label Matrix for local noticing          CTI III, LLC                              Centerstone SBA Lending, Inc.
0973-6                                   c/o Wallin & Russell LLP                  c/o Hemar, Rousso & Heald, LLP
Case 6:24-bk-16205-MH                    26000 Towne Centre Drive                  15910 Ventura Blvd., 12th Floor
Central District of California           Suite 130                                 Encino, CA 91436-2802
Riverside                                Foothill Ranch, CA 92610-3444
Fri Mar 28 11:47:07 PDT 2025

Crownco, Inc.                            First-Citizens Bank & Trust Company       (p)U S  SMALL BUSINESS ADMINISTRATION
P O Box 890802                           c/o Ballard Spahr LLP                     312 N SPRING ST 5TH FLOOR
Temecula, CA 92589-0802                  2029 Century Park East                    LOS ANGELES CA 90012-4701
                                         Suite 1400
                                         Los Angeles, CA 90067-2915

Riverside Division                       ADP Payroll Services                      Alas Company LLC
3420 Twelfth Street,                     P.O Box 31001-1874                        c/o Grupo Glemka
Riverside, CA 92501-3819                 Pasadena Ca 91110-1874                    PO Box 8617
                                                                                   Northridge, CA 91327-8617

Blank Rome                               CDN                                       CTI III, LLC d/b/a Corporate Tax Incentives
717 Texas Ave, Ste 1400                  847 Sumpter Rd                            c/o Wallin & Russell LLP
Houston, TX 77002-2776                   #5005                                     26000 Towne Centre Drive, Suite 130
                                         Belleville, MI 48111-4905                 Foothill Ranch, CA 92610-3444

CTI III, LLC dba Corporate Tax Inc.      California Department of Fee & Tax        Callahan, Thompson, Sherman, Caudil
1720 Prairie City Rd.                    Account Information Group, MIC:29         2601 Main St
Folsom, CA 95630-4044                    P.O. Box 942879                           Suite 800
                                         Sacramento, CA 94279-0029                 Irvine, CA 92614-4230

Capstone Law APC                         Carol Carmel                              Cellco Partnership d/b/a Verizon  Wireless
1875 Century Park East, Ste 1000         66017 10th Street                         William M Vermette
Los Angeles, CA 90067-2533               Desert Hot Springs, CA 92240-2307         22001 Loudoun County PKWY
                                                                                   Ashburn, VA 20147-6122

Centerstone                              Centerstone SBA Lending, Inc.             Charles Morrison
700 S. Flower Street                     c/o Hemar, Rousso & Heald, LLP            c/o Crownco
Suite 850                                Attn: Jennifer Witherell Crastz           43234 Business Park Drive
Los Angeles CA 90017-4121                15910 Ventura Blvd., 12th Floor           Temecula, CA 92590-3604
                                         Encino, CA 91436-2813

Coast Professional                       Deprofunds Inc. Vert Environmental        Dynamic Environmental
P.O. Box 246                             4715 Viewridge Ave.                       PO Box 27430
Geneseo, NY 14454-0246                   Suite 210                                 Santa Ana, CA 92799-7430
                                         San Diego, CA 92123-1680

Employment Development Department        Enterprise                                Enterprise FM Trust
Bankruptcy Group MIC 92E                 1400 N. Kellog Dr                         dba Enterprise Fleet Management
P.O. Box 826880                          Ste G                                     BNY Mellon Trust of Delaware
Sacramento, CA 94280-0001                Anaheim, CA 92807-1984                    301 Bellevue Prkwy 3rd Floor
                                                                                   Wilmington, DE 19809-3705

Esteban Acosta                           Esteban Acosta                            Esteban Acosta as Class Rep
513 Mandarin Way                         Attn: Capstone Law APC                    Attn: Capstone Law APC
Fallbrook, CA 92028-4708                 1875 Century Park East, Ste 1000          1875 Century Park East, Ste 1000
                                         Los Angeles, CA 90067-2533                Los Angeles, CA 90067-2533
```

| | | |
|---|---|---|
| Esteban Acosta as PAGA<br>Attn: Capstone Law APC<br>1875 Century Park East, Ste 1000<br>Los Angeles, CA 90067-2533 | Exxon<br>PO Box 639<br>Portland, ME 04104-0639 | Felahy Trial Lawyers<br>555 S Hope St, Ste 2655<br>Los Angeles, CA 90071 |
| First Citizen Bank<br>239 Fayeteville Street<br>Raleigh, NC 27601-1309 | First-Citizens Bank & Trust Company<br>c/o Michael Myers, Esq.<br>Ballard Spahr LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| GB Collections (Kaiser Permanente)<br>1253 Haddonfield Berlin Rd<br>Voorhees, NJ 08043-4847 | Ganahl Lumber<br>1220 E Ball Rd<br>Anaheim, CA 92805-5993 | Gibbs & Fuerst, LLP<br>2247 Sam Doegp Ave<br>Suite 137<br>San Diego, CA 92110 |
| Gibbs & Fuerst, LLP<br>41880 Kalmia Street<br>Suite 160<br>Murrieta, CA 92562-8837 | Healthnet<br>PO Box 9103<br>Van Nuys, CA 91409-9103 | Home Depot Commercial by Citi<br>PO Box 790340<br>St. Louis, MO 63179-0340 |
| Intelligent Direct, Inc.<br>10 First St PO Box 119<br>Wellsboro, PA 16901-0119 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | J&B Materials<br>PO Box 847609<br>Los Angeles, CA 90084-7609 |
| James O'Connar<br>10256 Princess Sarit way<br>Santee, CA 92071-1277 | Jason Perdomo<br>934 North Santa Fe Avenue<br>Vista, CA 92083-3636 | Joel Parker<br>1110 Petree Street, #16<br>El Cajon, CA 92020-2400 |
| Joens & Joens<br>2201 Dupont Dr.<br>Suite 820<br>Irvine, CA 92612-7508 | Joshua Eugene Trcka<br>34590 Orange Street<br>Wildomar, CA 92595-8944 | Lennar Corporation<br>c/o Jennifer Lee<br>Coporate Creations Network<br>7801 Folsom Blvd., #202<br>Sacramento, CA 95826-2620 |
| Lowe's<br>PO Box 669821<br>Dallas, TX 75266-0775 | Peterman Lumber<br>10330 Elm Ave<br>Fontana, CA 92337-7394 | Pro Flo A/C & Heating<br>42166 Remington Ave<br>Temecula, CA 92590-2547 |
| Prudhomme<br>43460 Ridge Park Dr<br>Suite 220<br>Temecula, CA 92590-3600 | REEL Lumber Service<br>1321 N. Kraemer Blvd<br>Anaheim, CA 92806-1402 | Robert Yujin<br>700 S. Flower Street<br>Suite 850<br>Los Angeles, CA 90017-4121 |
| Ronald J. Cervi<br>10386 Vera Cruz Street<br>San Diego, CA 92124-1319 | Shuan Chisolm<br>30300 Antelope Road<br>Apartment #2217<br>Menifee, CA 92584-9579 | South Coast Foam<br>41228 Raintree Ct<br>Murrieta, CA 92562-7089 |

| | | |
|---|---|---|
| (p)SOUTHERN CALIFORNIA EDISON COMPANY<br>1551 W SAN BERNARDINO ROAD<br>COVINA CA 91722-3407 | Steve Morales<br>8531 Stonegate Drive<br>Rancho Cucamonga, CA 91730-7127 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| Timothy L. Joens<br>Joens & Joens, APC<br>2201 Dupont Drive, Suite 280<br>Irvine, CA 92612-1515 | U.S. Small Business Administration<br>10737 Gateway West, #300<br>El Paso, TX 79935-4910 | United States Trustee (RS)<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3255 |
| Verizon Business<br>P.O. Box 489<br>Newark, NJ 07101-0489 | Vista Paint<br>2020 E Orangethorpe Ave<br>Fullerton, CA 92831-5327 | Visual Edge<br>1801 W. Olympic Blvd<br>File 2584<br>Pasadena, CA 91199-2594 |
| Wex Health<br>PO Box 9528<br>Fargo, ND 58106-9528 | Xerox<br>P.O. Box 202882<br>Dallas, TX 75320-2882 | Reem J Bello<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Ste 210<br>Irvine, CA 92614-6840 |
| Robert P Goe<br>Goe Forsythe & Hodges LLP<br>17701 Cowan<br>Building D<br>Suite 210<br>Irvine, CA 92614-6840 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Small Business Administration<br>Office of General Counsel<br>312 N Spring St, 5th Floor<br>Los Angeles, CA 90012 | Southern California Edison<br>PO BOX 6109<br>COVINA, CA 91722 | T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274 |
| (d)U.S. Small Business Administration<br>Office of General Counsel (ACM)<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fireplace Financial, Inc | (d)Xerox<br>PO Box 202882<br>Dallas, TX 75320-2882 | (d)Carol Carmel<br>66017 10th Street<br>Desert Hot Springs, CA 92240-2307 |

**End of Label Matrix**
Mailable recipients    72
Bypassed recipients     3
Total                  75